UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
BRITTANY ROBERTS,                                                        :
                                                                         :           20 Civ. 9861 (PAE)
                                             Plaintiff,                  :
                                                                         :           ORDER
                -v-                                                      :
                                                                         :
ROBERT RITCH, et al.,                                                    :
                                                                         :
                                             Defendants.                 :
                                                                         :
                                                                         :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

The Court has received word of an adverse medical development that precludes a necessary party's participation in the initial pretrial conference scheduled for tomorrow, *see* Dkt. 26. The Court accordingly adjourns the conference until April 8, 2022, at 11 a.m., with counsel's understanding that the Court does not intend to adjourn it again. The required filings, *see* Dkt. 26, are to be submitted April 4, 2022.

The Court wishes all parties and counsel well.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: March 7, 2022
       New York, New York