Case 1:20-cv-09861-PAE   Document 46   Filed 10/25/22   Page 1 of 1

Case 1:20-cv-09861-PAE   Document 45   Filed 10/25/22   Page 1 of 1

**STEWART LEE KARLIN LAW GROUP, P.C.**
**ATTORNEYS AT LAW**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**
slk@stewartkarlin.com

MEMBER OF THE BAR  
NEW YORK & FLORIDA

Concentrating in Employment, Education and Insurance Law

October 25, 2022

<u>Via ECF</u>
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Roberts v. Ritch, et al
      20-cv-09861 (PAE) (OTW)

Dear Judge Engelmayer:

Plaintiff is writing this letter *on consent* to request an extension of time to file the appropriate dismissal papers with the Court. As the Court may recall, on September 15, 2022, an order was entered by the Court stating that the Court has been informed that the Parties have reached a settlement in principle in this case. (Dkt No. 44) Accordingly, the Court ordered that this action be dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.

Plaintiff is not requesting the matter be restored to the calendar but is requesting an additional 15 days to file the appropriate dismissal papers. The reason for the request is that it is taking a bit longer than expected to finalize the agreement, and thus request to **November 14, 2022**, to file the appropriate dismissal papers with the Court or in the alternative to be able to restore the matter to the calendar.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Stewart Lee Karlin*
STEWART LEE KARLIN

cc:   Lisa Alexis Jones, Esq., via ECF

Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
October 25, 2022